ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:  (415) 434-1370

Attorneys for Plaintiff
PRINCIPAL LIFE INSURANCE
COMPANY

*E-FILED - 7/16/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>HEARTMATH, LLC, THE INSTITUTE OF HEARTMATH, ESTATE OF PAMELA A. JOHNSON, KERRICK JOHNSON, KENNETH JOHNSON and KRISTEN JOHNSON,<br><br>    Defendants. | Case No.: 5:09-cv-01206-RMW<br><br>[XXXXXXX] PROPOSED ORDER |

The Stipulation to Discharge and Dismiss and Request for Distribution of the Interpleader Funds came before this Court in due course. This Court finds as follows:

1.   On March 19, 2009, Principal Life Insurance Company filed its Complaint for Interpleader Relief.

2.   On June 9, 2009, Principal Life Insurance Company and Defendants HeartMath LLC, the Institute of HeartMath, the Estate of Pamela A. Johnson, Kerrick Johnson, Kenneth

1  Johnson and Kristen Johnson entered into a Settlement Agreement and Release of Claims regarding
2  life insurance proceeds on the life of Pamela A. Johnson in the amount of $50,000.00 under group
3  life insurance policy No. H37811 ("Policy"), issued to HeartMath and insured and underwritten by
4  Principal Life Insurance Company.

5                  **AS SUCH, IT IS HEREBY ORDERED:**

6      1.    The Proceeds of the Policy previously deposited with the Clerk of Court shall be
7  disbursed as follows:

8          a.    The Institute of HeartMath: $250.00

9          b.    Kerrick, Kenneth and Kristen Johnson: each 1/3 of the balance of the interpleaded funds.

10

11      2.    The Clerk of Court is further ordered to mail, by first class mail, said funds in checks
12  payable as follows:

13          a.    $250.00 to:

14  The Institute of HeartMath
   c/o Dale Dawson
15  Dawson, Passafuime, Bowden & Martinez
   4665 Scotts Valley Dr.
16  Scotts Valley, CA 95066-4227

17          b.    1/3 of the Balance of the interpleaded funds each to:

18  Kerrick Johnson
   c/o Kathryn J Benner
19  8106 Glen Forest Drive
   Greenville, SC 29607

20  Kenneth Johnson
   c/o Kathryn J Benner
21  8106 Glen Forest Drive
   Greenville, SC 29607

22

23  Kristen Johnson
   c/o Kathryn J Benner
24  8106 Glen Forest Drive
   Greenville, SC 29607

25

26      3.    Principal Life Insurance Company is forever discharged and held harmless from any
27  claims by any putative beneficiaries or others under the Policy of insurance issued by it and

28                                 2
                ~~PROPOSED~~ ORDER
USDC NDCA Case #5:09-cv-01206-RMW
453066.1

1 insuring the life of Pamela A. Johnson. Defendants are perpetually restrained and enjoined from
2 instituting or prosecuting any proceedings against Principal Life Insurance Company in any way
3 relating to the Policy or the subject insurance proceeds.

4. All parties release and discharge each other relative to any claims connected with these proceedings, including all claims relating to the Policy and incurred attorneys' fees.

5. This case is dismissed with prejudice.

Dated: 7/16/09        By: *Ronald M. Whyte*
                      HONORABLE RONALD M. WHYTE
                      United States District Court Judge

3
~~PROPOSED~~ ORDER
USDC NDCA Case #5:09-cv-01206-RMW
453066.1

# PROOF OF SERVICE
*Principal Life v. Heartmath, LLC*
*USDC NDCA Case #CV09-01206 RMW*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

## PROPOSED ORDER

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_✓_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Kristin Pamela Johnson<br>111 Central Avenue, Apt. #2<br>Greenville, SC 29601<br><br>*Defendant* | Kenneth Johnson<br>325 Tanglewood Drive<br>Hiram, GA 30141<br><br>*Defendant* |
| Dale H. Dawson, Esq.<br>DAWSON, PASSAFUIME,<br>   BOWDEN & MARTINEZ<br>4665 Scotts Valley Drive<br>Scotts Valley, CA 95066<br><br>*Attorneys for Defendants*<br>*Heartmath LLC, Institute of Heartmath and*<br>*Estate of Pamela A. Johnson* | Kerrick Johnson<br>1611 Read Avenue<br>Chattanooga, TN 37408<br><br>*Defendant* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 26, 2009** at San Francisco, California.

*Nancy Li*

4
~~PROPOSED~~ ORDER
USDC NDCA Case #5:09-cv-01206-RMW
453066.1